UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYKHAN THOMPSON,

                Plaintiff,

-against-

SULLIVAN CORRECTIONAL FACILITY;
FRARIK, Captain of SHU; FRANK COTI,
Captain of S.M.U.,

                Defendants.

24-CV-3720 (LTS)

ORDER DIRECTING SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff brought this action *pro se* in the United States District Court for the Eastern District of New York, which transferred it to this Court. Plaintiff submitted the complaint that has only the first two pages of the complaint form and is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

        If Plaintiff wishes to pursue this action, he is directed to complete and sign the complaint form and resubmit it to the Court within thirty days of the date of this order. A copy of the complaint form is attached to this order. It should be mailed to the United States District Court for the Southern District of New York and labeled with the docket number 24-CV-3720 (LTS).

        No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 17, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge